1
2
3                    **UNITED STATES DISTRICT COURT**
4                           **DISTRICT OF NEVADA**
5
6   AMERICAN NATIONAL PROPERTY AND          Case No. 2:25-cv-01052-GMN-NJK
7   CASUALTY CO.,
                                                        **ORDER**
8                        Plaintiff,                  (Docket No. 13)
9   v.
10  KTP LLC, et. al.,
11                       Defendants.

12         Pending before the Court is Plaintiff's motion to extend time to effectuate service of
13  process of the summons and complaint on Defendants.  Docket No. 13.
14         For good cause shown, the Court **GRANTS** Plaintiff's motion.  Docket No. 13.  The Court
15  extends the deadline to effectuate service of process to November 10, 2025.
16         IT IS SO ORDERED.
17         DATED: September 10, 2025.
18
19                                        _____
                                          NANCY J. KOPPE
20                                        UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

                                              1