JAMES P.C. SILVESTRI, ESQ.
Nevada Bar No. 3603
RICHARD WALTJEN, ESQ.
Nevada Bar No. 15056
**PYATT SILVESTRI**
7670 W Lake Mead Blvd.
Las Vegas, Nevada 89128
Tel: (702) 383-6000 / Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
rwaltjen@pyattsilvestri.com
Attorneys for Plaintiff,
American National Property and Casualty Company

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br>vs.<br><br>WILLIAM ZEIGLER, YOLANDA AREVALO, THERESA SEGAL, and Does I through X; ROES I through X;<br><br>Defendants. | CASE NO.:  2:25-cv-01369-GMN-EJY<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(A)(i), Plaintiff AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY hereby gives notice that this action is voluntarily dismissed without prejudice.  Defendants WILLIAM ZEIGLER, YOLANDA AREVALO, nor THERESA SEGAL have not served an Answer or Motion for Summary Judgment in this action.

Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See,* Fed. R. Civ. P. 41(a)(A)(i).

DATED this 22nd day of October, 2025.

**PYATT SILVESTRI**

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
7670 W Lake Mead Blvd., Suite 250
Las Vegas, Nevada 89128
Attorneys for Plaintiff,
American National Property
and Casualty Company