JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
**WHITMIRE LAW, PLLC**
10785 West Twain, Suite 226
Las Vegas, Nevada 89135
Tel.: (702) 846-0949 / Fax: (702) 727-1343
jwhitmire@whitmirelawnv.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, | Case No.: 2:25-cv-1052-GMN-NJK |
| Plaintiff, | **ORDER EXTENDING TIME FOR DEFENDANTS TO SUBMIT REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS/STAY** |
| v. | |
| KTP, LLC, HUY NGUYEN and CAT NGUYEN, DOES I through X; ROES I through X; | |
| Defendants. | |

The parties, by and through their undersigned counsel, hereby submit this Stipulation and proposed Order and state the following:

1.      Defendants filed a Motion to Dismiss/Stay on November 14, 2025. ECF Nos. 19-20.

2.      Plaintiff filed a Response to the Motion on December 1, 2025. ECF No. 23.

3.      The parties agree to a seven (7) day extension for Defendants to file a Reply to the Response from December 8, 2025 to **December 15, 2025**.

4.      This extension is being sought for good cause and not for the purposes of delay. Defendants' counsel has been working on meeting a briefing deadline on a motion for summary

judgment in another matter (such brief being due on December 5, 2025) and has deposition preparation and two depositions on calendar for December 8th through December 10th.

**IT IS SO AGREED AND STIPULATED:**

**WHITMIRE LAW, PLLC**

*/s/ James E. Whitmire*
JAMES E. WHITMIRE, ESQ.
Nevada State Bar No. 6533
10785 West Twain, Suite 226
Las Vegas, Nevada 89135
Tel.: (702) 846-0949 / Fax: (702) 727-1343
jwhitmire@whitmirelawnv.com
*Attorney for Defendants*

**PYATT SILVESTRI**

*/s/ James P. Silvestri*
JAMES P. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
JOSE CARMONA, ESQ.
Nevada Bar No. 14494
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000 / Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com
jcarmona@pyattsilvestri.com
*Attorney for Plaintiff*

**IT IS SO ORDERED**

**DATED** this __8__ day of December, 2025

_____
Gloria M. Navarro, District Judge
United States District Court