JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
ALI R. IQBAL, ESQ.
Nevada Bar No. 15056
JOSE E. CARMONA, ESQ.
Nevada Bar No. 14494
**PYATT SILVESTRI**
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
jsilvestri@pyattsilvestri.com
aiqbal@pyattsilvestri.com
jcarmona@pyattsilvestri.com

Attorneys for Plaintiff,
*AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

Plaintiff,

vs.

KTP, LLC, HUY NGUYEN and CAT NGUYEN, DOES I through X; ROES I through X;

Defendants.

CASE NO.: 2:25-cv-01052-GMN-NJK

**ORDER GRANTING STIPULATION TO VACATE DEADLINE TO SUBMIT JOINT PRETRIAL ORDER WITH ALTERNATIVE REQUEST FOR SCHEDULING CONFERENCE**

**STIPULATION**

This case has a unique procedural posture with an ongoing parallel state court case.

1. At the time of the current Discovery Order, two lawsuits concerning the same matter, the same parties and the same factual issues existed—the present Federal Court matter filed by American National Insurance Company ("ANPAC") seeking declaratory judgment, and the Third Party State Court Action filed by KTP, LLC HUY NGUYEN and CAT NGUYEN (collectively, "KTP"), Case No. A-24-904963-C.

2. The present action and the Third-Party Action both involve the same parties, ANPAC and KTP, and the same insurance policy coverage issues.

3. KTP filed a Motion to Dismiss (on abstention grounds)/Stay the Federal Court Action on November 14, 2025. ECF Nos. 19 and 20.

4. ANPAC has filed a Motion to Dismiss the State Court Third-Party Action.

5. KTP's Motion to Dismiss the Federal Court Action is still pending.

6. On June 24, 206, ANPAC's Motion to Dismiss the State Court Third-Party Action has resulted in a stay of the Third-Party Acton pending the outcome of KTP's Motion to Dismiss.

7. The Parties are currently unaware of the which court will adjudicate the issues between the parties.

8. All parties, ANPAC and KTP, have cooperated with each other in order to not waste judicial resources as they wait to see Judge Navarro's decision regarding the threshold jurisdictional issue in the Federal Court Action.

9. Given that the jurisdictional issue is still pending, Defendants in this case have not filed an Answer.

10. Based upon the above, the Parties hereby stipulate to vacate the upcoming deadline for submission of a Joint Pretrial Order.

11. To the extent the Court is not inclined to approve the stipulation, the parties request a scheduling conference.

12. In this particular case, the parties are essentially in limbo pending rulings on the threshold jurisdictional and/or stay issue.

RESPECTFULLY SUBMITTED on this 8th day of July, 2026.

PYATT SILVESTRI

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603
701 Bridger Ave., Suite 600
Las Vegas, NV 89101
*Attorney for Plaintiff,*
*AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY*

WHITMIRE LAW, PLLC

/s/ James E. Whitmire
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
10785 West Twain, Suite 226
Las Vegas, NV 89135
*Attorneys for Defendants,*
*KTP, LLC, HUY NGUYEN and CAT NGUYEN*

**ATTESTATION OF CONCURRENCE IN FILING**

I hereby attest and certify that on July 2nd, 2026, I received concurrence from Plaintiff's counsel, James E. Whitmire, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 8th day of July, 2026.

/s/ James P. C. Silvestri
JAMES P. C. SILVESTRI, ESQ.
Nevada Bar No. 3603

**ORDER**

**IT IS HEREBY ORDERED** that the July 13, 2026 deadline for submission of a Joint Pretrial Order is hereby vacated.

**DATED** this 28 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court

Pyatt Silvestri
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
(702) 383-6000